# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHFL Entertainment, Inc., )
        Plaintiff, )    Case No.  2:13-cv-01131-APG-CWH
vs. )    **ORDER**
CAREY RICHARDSON d/b/a iAPP SHOP, )
        Defendant. )

       This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#11), filed October 11, 2013.  The stipulated plan does not comply with Local Rule ("LR") 26-1, which requires that within fourteen (14) days after the Rule 26(f) conference that the parties submit "a stipulated discovery plan and scheduling order."  *See* LR 26-1(d).  To the extent the parties differ as to the form or contents of the proposed plan, they must provide "a statement of each party's position on each point in dispute."  *Id*.

       Based on the proposed plan, it appears Defendant has refused to participate in a Rule 26(f) conference pending resolution of its motion to dismiss (#7), which challenges whether the Court has personal jurisdiction over Defendant.  A potentially dispositive motion does not provide for an automatic stay of discovery.  *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600-01 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending.").  Moreover, though personal jurisdiction is a critical preliminary question, a motion challenging personal jurisdiction does not mandate a stay of discovery even if the stay has been requested.  *AMC Fabrication, Inc. v. KRD Trucking West, Inc.*, 2012 WL 4846152 (D. Nev.) (courts retain discretion to determine whether discovery should go forward in the face of a motion challenging jurisdiction).

       Based on the foregoing, the Court will deny the proposed discovery plan and require the

1  parties to conduct a Rule 26(f) conference and submit a stipulated discovery plan, in full
2  compliance with LR 26-1, by October 30, 2013. The failure to participate in developing and
3  submitting a proposed plan may result in sanctions under Fed. R. Civ. P. 37(f).
4  DATED: October 16, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**